**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:        Keith Wayne Frances v. The State of Texas

Appellate case number:      01-14-00715-CR

Trial court case number:    1406601

Trial court:                178th District Court of Harris County

      This case was abated and remanded to the trial court for the trial court to determine whether appellant wishes to prosecute this appeal and to execute an amended certification of appellant's right to appeal. The trial court held a hearing on our abatement order on November 10, 2014, and the trial court clerk and court reporter have filed their respective records of the hearing. The records reflect that the appellant wishes to pursue his appeal and that the trial court executed an amended certification of appellant's right to appeal, indicating that this is a plea-bargain case, but appellant raised matters by written motion filed and ruled on before trial and therefore has the right of appeal. Accordingly, we REINSTATE this case on the Court's active docket.

      Appellant's brief is ORDERED to be filed no later than 30 days from the date of this order.[1] *See* TEX. R. APP. P. 38.6(a).

      The State's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
          ☒  Acting individually

Date:  <u>December 9, 2014</u>

---

[1]    The clerk's record was filed on October 3, 2014, and the court reporter notified this Court on October 8, 2014 that there is no reporter's record in this case.